**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
Kevin D. Everage
Nevada Bar No. 15913
Email: keverage@dickinsonwright.com
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
Email: jmarchello@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:   702-550-4400
Fax:   844-670-6009

*Attorneys for Plaintiff Cephas Karate-Jujitsu Elite LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CEPHAS KARATE-JUJITSU ELITE LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CKJ ELITE ACADEMY & FITNESS LLC, d/b/a CEPHAS BRAZILIAN JIU-JITSU ACADEMY, a Nevada limited liability company,<br><br>Defendant. | CASE NO.:2:25-cv-01344-GMN-EJY<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cephas Karate JuJitsu Elite LLC ("Cephas Elite) and Defendant CKJ Elite Academy & Fitness LLC, d/b/a Cephas Brazilian Jiu-Jitsu Academy ("Cephas Academy"), through their respective counsel, that the time for Plaintiff to respond to the pending Motion to Dismiss (ECF No. 7) shall be extended from October 9, 2025, to October 23, 2025. This extension request is the first sought regarding the subject deadline.

/ / /

/ / /

This request is brought for good cause and not for the purpose of delay.

DATED this 8th day of October, 2025.

| | |
|---|---|
| **DICKINSON WRIGHT PLLC** | **FULLER LAW PRACTICE, PC** |
| /s/ *John L. Krieger*<br>John L. Krieger, Esq.<br>Kevin D. Everage<br>Jordan M. Marchello, Esq.<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169 | /s/ *Rebecca Fuller*<br>Rebecca Fuller, Esq.<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107 |

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 8, 2025