1  REBECCA A. FULLER, ESQ.
   Nevada Bar No. 9809
2  Fuller Law Practice, PC
   500 N Rainbow Blvd., Suite 300
3  Las Vegas, Nevada 89107
   PH (702) 553-3266
4  FX (702) 553-3267
   info@fullerlawpractice.com
5  Attorney for Defendant

6              **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8  CEPHAS KARATE-JUJITSU ELITE          Case No.: 2:25-cv-01344-GMN-EJY
   LLC, a California limited liability
9  company,

10          Plaintiff,                   **CKJ ELITE ACADEMY &**
                                         **FITNESS LLC, d/b/a CEPHAS**
11 v.                                    **BRAZILIAN JIU-JITSU**
                                         **ACADEMY'S MOTION TO**
12 CKJ ELITE ACADEMY & FITNESS           **DISMISS**
   LLC, d/b/a CEPHAS BRAZILIAN
13 JIU-JITSU ACADEMY, a Nevada
   limited liability company,
14
            Defendant.
15

16         IT IS HEREBY STIPULATED AND AGREED, by and between

17 Plaintiff Cephas Karate JuJitsu Elite LLC ("Cephas Elite) and Defendant CKJ Elite

18 Academy & Fitness LLC, d/b/a Cephas Brazilian Jiu-Jitsu Academy ("Cephas

19 Academy"), through their respective counsel, that the time for Defendant to respond

20 to the pending Opposition to Motion to Dismiss (ECF No. 11) shall be extended

21 from October 30, 2025, to November 7, 2025. This extension request is the first

22 sought regarding the subject deadline.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1       This request is brought for good cause and not for the purpose of delay.

2       DATED this 28th day of October, 2025.

3   **DICKINSON WRIGHT PLLC**               **FULLER LAW PRACTICE, PC**

4   */s/ John L. Krieger*                   */s/ Rebecca A. Fuller*
    John L. Krieger, Esq.                   Rebecca Fuller, Esq.
5   Kevin D. Everage                        500 N. Rainbow Blvd., Suite 300
    Jordan M. Marchello, Esq.               Las Vegas, NV 89107
6   3883 Howard Hughes Parkway, Suite 800
    Las Vegas, Nevada 89169
7

8                   **ORDER**

9               **IT IS SO ORDERED.**

10

11      UNITED STATES DISTRICT JUDGE

12              **DATED:** October 29, 2025

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2