**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Email: jkrieger@dickinsonwright.com
Kevin D. Everage
Nevada Bar No. 15913
Email: keverage@dickinsonwright.com
Jordan M. Marchello, Esq.
Nevada Bar No. 16926
Email: jmarchello@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:    702-550-4400
Fax:    844-670-6009

*Attorneys for Plaintiff Cephas Karate-Jujitsu Elite LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CEPHAS KARATE-JUJITSU ELITE LLC, a California limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>CKJ ELITE ACADEMY & FITNESS LLC, d/b/a CEPHAS BRAZILIAN JIU-JITSU ACADEMY, a Nevada limited liability company,<br><br>                              Defendant. | Case No.: 2:25-cv-01344-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINES**<br><br>**(SECOND REQUEST)** |

Plaintiff Cephas Karate-Jujitsu Elite LLC ("Cephas Elite") and Defendant CKJ Elite Academy & Fitness LLC d/b/a Cephas Brazilian Jiu-Jitsu Academy ("Cephas Academy") (collectively the "Parties"), by and through their respective counsel of record, hereby respectfully submit this Stipulation and Proposed Order to Extend all Deadlines in this case. This is the second request to extend deadlines in this matter, for which the Parties seek a ninety (90) day extension of all current deadlines. The Parties have agreed to the extension for the reasons set out below.



## FACTUAL BACKGROUND

Cephas Elite filed the Complaint in this matter on July 24, 2025. (ECF No. 1.) Cephas Academy filed its Motion to Dismiss on September 25, 2025 (ECF No. 7), to which Cephas Elite filed its Opposition on October 23, 2025 (ECF No. 11), and Cephas Academy filed a Reply on November 5, 2025. (ECF No.14.) The Court has not yet issued an Order on Cephas Academy's Motion to Dismiss.

The Parties conducted a telephonic Rule 26(f) discovery planning conference on November 21, 2025, and filed a Joint Discovery Plan and Scheduling Order on November 26, 2025. (ECF No. 16.) The Court entered the Parties' Discovery Plan and Scheduling Order on December 1, 2025. (ECF No. 17.) On May 21, 2026, the Court entered the Parties' Proposed Stipulated Protective Order. (ECF No. 21.) On that same day, the Court entered its Order Granting, in Part, Motion to Dismiss (ECF No. 22), allowing Plaintiff to file its First Amended Complaint on June 11, 2026. (ECF No. 23.)

## COMPLETED DISCOVERY

To date, the Parties have made the required initial disclosures under Rule 26, and on January 15, 2026, Plaintiff Cephas Elite served its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Cephas Academy. On March 9, 2026, Cephas Academy served its responses and objections to Cephas Elite's first round of discovery requests. On April 29, 2026, Plaintiff issued a deficiency letter to Defendant concerning Defendant's responses and objections, and Defendant's failure to provide any documents. On May 13, 2026, Defendant issued a responsive letter addressing Plaintiff's arguments, and indicating a production of documents would be forthcoming in light of the Court's recently entered protective order. Defendant intends to produce said documents by June 26, 2026.

On March 31, 2026, Defendant Cephas Academy served its First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Cephas Elite. On April 30, 2026, Plaintiff served its responses and objections to Defendant's First round of discovery requests. On May 14, 2026, Defendant issued a deficiency letter to Plaintiff concerning Plaintiff's responses and objections, and Plaintiff's failure to provide any documents. On May 29, 2026,

Plaintiff issued a responsive letter addressing Defendant's arguments, and indicating a production of documents would be forthcoming. Plaintiff intends to produce said documents by June 22, 2026.

### REMAINING DISCOVERY

The Parties are still in the early stages of written discovery. The Parties have exchanged initial rounds of written discovery, and have exchanged several rounds of deficiency letters seeking to address numerous evidentiary disputes. Plaintiff intends to produce a sizable production of documents by June 22, 2026, for which Cephas Academy will need time to analyze and evaluate. Defendant intends to produce documents by June 26, 2026, for which Cephas Elite will need time to analyze and evaluate. The Parties anticipate that additional discovery requests will also need to be exchanged once these documents are analyzed, in addition to the taking of party depositions and expert discovery.

### GOOD CAUSE TO EXTEND DISCOVERY

In light of the above, the Parties are unlikely to have exchanged sufficient discovery before the currently set deadline for Expert Disclosures. The additional time requested is necessary to ensure that all relevant information is exchanged between the Parties, and might be adequately reviewed. The Parties agree to use their best efforts to conduct all discovery in a timely and efficient manner, and to minimize any delay caused by this extension.

The Parties have stipulated and agreed to extend all deadlines by ninety (90) days as set forth below. This extension will ensure the case continues to progress smoothly, and will allow both sides to address any discovery issues which may yet arise. For these reasons, this stipulation is made for good cause and not for the purpose of delay.

The Parties hereby stipulate and agree to the following proposed deadlines in this case:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosures (for party with the burden of proof on the issue) | June 22, 2026 | September 21, 2026[1] |
| Rebuttal Expert Disclosures | July 20, 2026 | October 19, 2026[2] |

---

[1] Actual date falls on a weekend; deadline shifted to next adjacent weekday.
[2] Actual date falls on a weekend; deadline shifted to next adjacent weekday.

DW
DICKINSON WRIGHT
ATTORNEYS AT LAW

| Discovery Cutoff | **August 18, 2026** | **November 16, 2026** |
|---|---|---|
| Dispositive Motion Deadline | **September 17, 2026** | **December 16, 2026** |
| Joint Proposed Pretrial Order | **October 19, 2026** | **January 19, 2027**[3] |

**IT IS SO STIPULATED AND AGREED.**

DATED this 22nd day of June, 2026.

**DICKINSON WRIGHT PLLC**

*/s/ John L. Krieger*
John L. Krieger, Esq.
Kevin D. Everage, Esq.
Jordan M. Marchello
3883 Howard Hughes Pkwy, Ste 800
Las Vegas, NV 89169
Telephone: (702) 550-4400

*Attorneys For Plaintiff*

DATED this 22nd  day of June, 2026.

**FULLER LAW PRACTICE, PC**

*/s/ Rebecca Fuller*
Rebecca Fuller, Esq.
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107

*Attorneys for Defendant*

**IT IS SO ORDERED:**

Dated:  June 23, 2026

---

[3] Actual date falls on a weekend; deadline shifted to next adjacent weekday.